UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | No. IP 04-114-CR-01-B/F |
| | ) | 1:05-cv-1562-SEB-VSS |
| HONORIA MARQUEZ, | ) | |
| | ) | |
| Defendant. | ) | |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the defendant take nothing by his motion for relief pursuant to 28 U.S.C. § 2255, and the civil action docketed as No. 1:05-cv-1562-SEB-VSS is **dismissed with prejudice.**

Date: 03/03/2006

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Honorio Marquez
Reg. No. #07555-028
Medical Center for Federal Prisoners
P.O. Box 4000
Springfield, MO 65801

Office of the United States Attorney
10 West Market Street   Suite 2100
Indianapolis, IN   46204-3048